UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| ANTOINETTE ALPHONSE<br>*Plaintiff* | : | CIVIL ACTION NO. 302CV1195 (MRK) |
| | : | U.S. DISTRICT COURT<br>NEW HAVEN, CONN. |
| v. | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF ADMINISTRATIVE<br>SERVICES<br>*Defendant* | :<br>:<br>:<br>: | OCTOBER 20, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the rules of procedure of this Court, the defendant, State of Connecticut, Department of Administrative Services, requests an extension of time up to and including October 31, 2003 in which to file responsive pleadings to plaintiff's opposition to defendant's motion for summary judgment. The reasons for the request are as follows:

(1)   The Court granted the defendant permission to file a summary judgment motion. Defendant filed its motion on August 8, 2003, and plaintiff submitted her opposition on or about October 3, 2003. A ten-day extension will not prejudice the plaintiff, and will greatly facilitate the quality of defendant's response.

(2)   Due to the press of other business, the undersigned counsel has not had sufficient time to properly prepare a response to plaintiff's opposition to defendant's motion for summary judgment. The undersigned counsel has had numerous pleadings and motions required to be filed in the federal court and state court, as well as a few depositions. Moreover, plaintiff has attached an unattested third-party statement in support of her motion, and defendant is evaluating how best to respond to the unattested statement.

(3) Plaintiff's counsel, Thomas Bucci, graciously has indicated that he does not object to this extension of time. This is the first motion for extension of time filed with respect to the timing of the filing of responsive pleading to plaintiff's opposition to defendant's motion for summary judgment.

DEFENDANT
STATE OF CONNECTICUT
DEPARTMENT OF ADMINISTRATIVE
SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Clare E. Kindall
Assistant Attorney General
Federal Bar No. ct 13688
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Clare.Kindall@po.state.ct.us

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing was served by first class mail postage prepaid in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of October, 2003 to:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

_____
Clare E. Kindall
Assistant Attorney General