UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTOINETTE ALPHONSE<br>*Plaintiff* | : | CIVIL ACTION NO. 302CV1195 (MRK) |
| v. | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF ADMINISTRATIVE SERVICES<br>*Defendant* | :<br>:<br>:<br>: | OCTOBER 31, 2003 |

## MOTION TO STRIKE
## UNATTESTED STATEMENT

In opposition to the Department of Administrative Services' ("DAS'") motion for summary judgment, the plaintiff, Antoinette Alphonse, attached as Exhibit 1 a statement from Robert Cosgrove. Because the statement is neither sworn nor attested, it must be stricken and disregarded.

A memorandum in support accompanies this motion.

                DEFENDANT
                STATE OF CONNECTICUT
                DEPARTMENT OF ADMINISTRATIVE
                SERVICES

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY: *[signature]*
       Clare E. Kindall
       Assistant Attorney General
       Federal Bar No. ct13688
       55 Elm Street
       P.O. Box 120
       Hartford, CT 06141-0120
       Tel: (860) 808-5020
       Fax: (860) 808-5347
       Clare.Kindall@po.state.ct.us

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing Motion to Strike Unattested Statement was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure by first-class mail, postage prepaid, on this 31st day of October, 2003 to:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

Clare E. Kindall
Assistant Attorney General

2