UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTOINETTE ALPHONSE<br>*Plaintiff* | CIVIL ACTION NO. 302CV1195 (MRK) |
| v. | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF ADMINISTRATIVE<br>SERVICES<br>*Defendant* | OCTOBER 31, 2003 |

## MEMORANDUM IN SUPPORT OF MOTION TO STRIKE UNATTESTED STATEMENT

Because the statement of Robert Cosgrove attached as Exhibit 1 to plaintiff's opposition to the Department of Administrative Services' ("DAS'") motion for summary judgment is not sworn testimony, Exhibit 1 must be stricken and disregarded.

A summary judgment is really a "trial on the papers," and thus all submitted evidence in support of a motion for summary judgment must be evidence that would be admissible at trial. Celotex Corp. v. Catrett, 477 U.S. 317, 324(1986). Therefore, on a summary judgment motion, the district court properly considers only evidence that would be admissible at trial. Nora Beverages, Inc. v. Perrier Group of America, Inc., 164 F. 3d 736, 746 (2d. Cir. 1998). Although the evidence does not need to be in the form required to be admissible at trial, it must be admissible evidence. Celotex, 477 U.S. at 324.

Federal Rules of Civil Procedure 56(e) provides that affidavits made upon personal knowledge, deposition transcripts, and interrogatory answers are permitted evidence to accompany a motion for summary judgment. To the extent affidavits are submitted, the testimony must be attested to, or sworn. An unsworn statement should

not be considered for a summary judgment motion. Chaiken v. VV Publishing Corp., 119 F.3d 1018, 1033 (2d Cir. 1997), *cert. denied*, 522 U.S. 1149 (1998); United States v. 143-147 East 23rd St., 77 F.3d 648, 657-58 (2d Cir. 1996); Nissho-Iwai American Corp. v. Kline, 845 F.2d 1300, 1305-06 (5th Cir. 1988).

Here, plaintiff proffers an unattested statement of a former DOIT employee at Exhibit 1. Because it is not attested to, nor is admissible evidence, it should be stricken and disregarded.

DEFENDANT
STATE OF CONNECTICUT
DEPARTMENT OF ADMINISTRATIVE
SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Clare E. Kindall*
Clare E. Kindall
Assistant Attorney General
Federal Bar No. ct13688
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Clare.Kindall@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing Memorandum in Support of Motion to Strike Unattested Statement was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure by first-class mail, postage prepaid, on this 31st day of October, 2003 to:

> Thomas W. Bucci, Esq.
> Willinger, Willinger & Bucci, P.C.
> 855 Main Street
> Bridgeport, CT 06604

*Clare E. Kindall*
Clare E. Kindall
Assistant Attorney General

3

CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing Memorandum in Support of Motion to Strike Unattested Statement was served in accordance with Rule 5(b) of the Federal Rules of Civil Procedure by first-class mail, postage prepaid, on this 31st day of October, 2003 to: