FILED

2003 NOV 12 P 2: 07

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTOINETTE ALPHONSE | : | CIVIL ACTION NO. 3:02CV1195 (RNC) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF ADMINISTRATIVE | : | |
| SERVICES, | : | |
|     Defendant. | : | NOVEMBER 10, 2003 |

## MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE UNATTESTED STATEMENT

The plaintiff objects to the defendant's motion to strike the unattested statement of Robert Cosgrove regarding the history of the implementation of the APS system. This particular document was submitted to the defendant in the plaintiff's responses to the defendant's first set of interrogatories and requests for production submitted to the defendant on November 13, 2002. The document was submitted in response to production request no. 9. A document, although unverified, submitted in response to a production request is properly before the court in addressing a motion for summary judgment. See *Seeds v. Lucero*, 177 F. Supp. 2d 1261, 1267 (D. N.M. 2001) citing *Anderson v. Cramlet*, 789 F.2d 840, 845 (10th Cir. 1986) (ruling that a letter obtained in response to request for production of documents was admissible on motion for

summary judgment, even though it was not properly supported by sworn affidavits); and *Payne v. Collins*, 986 F. Supp. 1036, 1056 (E.D.Tex. 1997) (holding that "unauthenticated" report, which was part of initial disclosures and was attached as exhibit to deposition, was admissible for purposes of summary judgment); and *In re Greenwood Air Crash*, 924 F. Supp. 1511, 1514 (S.D.Ind. 1995) ("Production of a document by a party constitutes an implicit authentication of that document."). The document in question, having been produced by the plaintiff in her response to the defendant's discovery request, is now properly before the court for purposes of deciding the defendant's motion for summary judgment.

THE PLAINTIFF – ANTOINETTE ALPHONSE

BY: _____
Thomas W. Bucci, Esq.
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel. (203) 366-3939
Fax: 203-337-4588
Federal Bar # ct07805