CTofmhrg (January 10, 2002)

HONORABLE **M.R. Kravitz**
DEPUTY CLERK **K. Ghilardi** RPTR/ERO/TAPE **Thea**

TOTAL TIME: **1** hours **20** minutes

**Antoinette Alphonse**

DATE **Jan 29, 2004**    START TIME **11:35**    END TIME **2:55**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02CV1195 MRK**

vs.

**Dept of Administrative Svc's**

**Thomas W. Bucci**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Clare E. Kindall**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- [x] (mhrgh) Motion Hearing
- [ ] (confmhrg.) Confirmation Hearing
- [ ] (showhrg.) Show Cause Hearing
- [ ] (contmphrg.) Contempt Hearing
- [ ] (evidhrg.) Evidentiary Hearing
- [ ] (jgmdbexam.) Judgment Debtor Exam
- [ ] (pchrg.) Probable Cause Hearing
- [ ] (fairhrg.) Fairness Hearing
- [ ] (stlmthrg.) Settlement Hearing
- [ ] (mischrg.) Miscellaneous Hearing

**MOTION DOCUMENT NO.**

| ✓ | #16 | Motion **Def mot. Summary Judgement** | ☐ granted ☐ denied ☑ advisement |
| ✓ | #27 | Motion **Def mot. to Strike** | ☐ granted ☐ denied ☑ advisement |

Oral Motion _____ granted / denied / advisement (multiple rows)

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

☐ filed ☐ docketed (multiple rows)

_____ Hearing continued until _____ at _____