# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTOINETTE ALPHONSE | : | CIVIL ACTION NO. 3:02CV1195 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF ADMINISTRATIVE | : | |
| SERVICES, | : | |
| | : | |
| Defendant. | : | JANUARY 30, 2004 |

## AFFIDAVIT

STATE OF CONNECTICUT)
                               ) ss.
COUNTY OF HARTFORD)

The undersigned, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am familiar with the facts in the attached document entitled "Automated Personnel System (APS) History.

3.  I personally prepared this document based on my knowledge at the request of Antoinette Alphonse with respect to the complaint against the State of Connecticut Department of Administrative Services, which she filed with the Connecticut Commission on Human Rights and Opportunities.

*Robert K. Cosgrove*
Robert K. Cosgrove

Personally appeared Robert K. Cosgrove, and made Oath to the truth of the matters contained in the document entitled "Automated Personnel System (APS) History, before me.

SUBSCRIBED AND SWORN TO, before me, on this _2_ day of _February_, 2004.

Notary Public  My Commission expires 8-31-2006

# Automated Personnel System (APS) History

## October 23, 2001

The Automated Personnel System (APS) is a computer system that maintains personnel information for most classified and many unclassified state employees in Connecticut. APS does not maintain records for the Department of Education, Office of the Chief Public Defender, Auditor of Public Accounts, Legislative Management, unclassified employees in the Community College System. Recently the State University System stopped providing information on their unclassified employees. Certain employees at the University of Connecticut and University of Connecticut Health Center are also not included on APS. APS tracks personnel actions of these employees, including hires, re-employments, promotions, leaves, annual increases and separations, as well as other actions.

The concept for APS started in the late nineteen eighties. OPM and DAS were working on a joint system to replace the old personnel system, CSEIS (Connecticut State Employees Information System). DAS was able to implement an agency based personnel system, HRPS, (Human Resource Payroll System) in early 1990. HRPS was an agency based integrated, single point of entry system. It was capable of doing personnel, payroll, time and attendance, workers comp, affirmative action, applicant tracking transactions. I was responsible for designing and developing the system with the help of Roger Sherman, Joe Lapierre and Bill Perkins. APS was scheduled to be the central personnel system to replace CSEIS. HRPS was supposed to integrate its data into both APS and the state's payroll system, MSA. Unfortunately, APS was never completed and HRPS was not fully supported and became obsolete.

APS was resurrected in 1992. With OPM in the lead role, the state contracted with CSC (Computer Sciences Corporation) to build a new automated personnel system. The state technical project leader was from OPM, Edmund Fitch. He was assisted by a DAS employee, Bernie Harrower. The project leader for CSC was Mr. Randy Black. A steering committee consisting of agency leaders from both OPM and DAS was responsible for the overall project decision making.

Key players in the design of the APS system were Peter Rozantes (DAS) as the key liaison for the Commissioner of DAS, Carol Russell (DAS) for the person processing piece, Frank Miano (OPM) and Joseph Lefkowski (DAS) for the position processing, Shaun McDonough (DAS) for salary processing, Barbara Waters (DAS) for classification processing. Many other people were involved, but these people were the key people for their sections.

In the fall of 1993, the first phase of APS was completed and a schedule was designed to convert agencies from the old system (CSEIS) to the new system (APS). Because of my background with personnel systems, I was transferred from the BOSS (Business Office Support Systems) unit in October of 1993 to help with the

VERNON L. DERBABIAN
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2007

Case 3:02-cv-01195-MRK   Document 33   Filed 02/04/2004   Page 4 of 6

implementation and training. My responsibility was to work with CSC to set up the conversion and training schedule. Eventually, I became the conversion and training coordinator. Originally there were supposed to be other people involved in the training process, unfortunately because of time commitments they were unable to help with the training. Among the people who were going to help with the training was Sonia Greenhagen, working for Dept. of Corrections. Unfortunately, Sonia had other work and had to discontinue any involvement in training. As a result I became solely responsible for doing all of the conversion and production training of APS. As part of this, I also became the primary person for dealing with customers and their technical problems. I was responsible for setting up the technical help desk. Carol Russell and her staff were responsible for assisting customers with their business related training and questions.

The first agencies to be converted and trained were the Dept. of Housing and Dept. of Revenue Services. These agencies were first converted in November of 1993. They began to use the system full time at the end of 1993. From that point forward I was responsible for scheduling the conversions and training of all state agencies that were to use the APS system.

Once APS had been implemented, CSC was hired to build additions to APS in the areas of applicant tracking (ATC) and workers' compensation (AWCS). CSC was also retained to help maintain APS until the state had hired its own staff to maintain the system. In 1994 the AWCS system went into production.

In November of 1994, DAS hired Diana Moxon to become the DAS technical project leader. She was hired to work for Peter Hyde, the I.T. director for DAS. Diana and Ed Fitch were running the project together. Diana, representing DAS, and Ed was representing OPM. The intention was that DAS was taking over the project and OPM was being phased out.

Besides the CSC consultants, several other consultants had been hired to supply support services to APS. The state I.T. team was slowly developing. Deb Serignese had been assigned to the project in early 1993. Al Golab had also been assigned in 1993. Al left the project in 1994. I was moved to the project in October 1993. Technical and data base support was supplied by Mark Kirschner of the Systems Development Support Unit. In December of 1994, Abbie Fenn was hired from CSC to work on the state team in the areas of AWCS and ATC.

In 1995, ATC went into production. In January of 1995, Louis Goldberg was made Commissioner of DAS. Joseph Wankerl and Barbara Waters were made the Deputy Commissioners of DAS in 1995. They were responsible for the different areas of State Personnel. Commissioner Wankerl was directly responsible for overseeing the APS project. Peter Rozantes and Carol Russell were assigned to work for Commissioner Wankerl. They were responsible for directing the administrative side of APS. In September of 1995, Commissioner Wankerl made a change in the technical side of APS. Diana Moxon was reassigned, and I was moved into the role of project leader for the APS

VERNON L. DERBABIAN
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2007

*[Signature: Vernon Lee Derbabian]*

1/20/04

*[Signature: Robert K. Cofone]*

unit. Ed Fitch went back to OPM and Bernie Harrower was reassigned within DAS. DAS became the primary owner for APS at that time.

Working with Commissioner Wankerl, our goal was to see how we could possibly integrate APS with the Comptrollers MSA system. Unfortunately, it never happened. In 1995, Angela Chen and Nancy Mocarsky were hired onto the APS technical team. Nancy went to work on APS and Angela went to work on ATC. In January of 1996, I hired Robin Matthews and Jim West onto the project team. Robin became the teams clerical support and Jim began work on helping the technical support team and helped create reports.

In January of 1996, Commissioner Goldberg was replaced by Commissioner Waters. At the end of March 1996, Commissioner Wankerl was replaced as Deputy Commissioner by Alan Mazzola. APS was moved under the section directed by Tina Lawson with the project reporting directly to Joseph Lefkowski.

In March of 1996, William (Skip) Wallace was moved from the Personnel Office at DAS to the APS project. Skip came over to assist me with training and help desk support. Skip became responsible for user training, monthly customer support meetings, help desk support and some data file clean up within APS. The APS project hierarchy was I was the project leader and Skip was the assistant project leader. We both reported to Joe Lefkowski.

In the spring of 1996 we implemented the ATC system with the help of CSC. Once ATC was in place we contracted with CSC to make some final enhancements to AWCS, ATC and APS by the end of the year. Among the things done was retroactive processing in APS and letter processing in ATC.

In the summer of 1996, working with agency directors including Tina Lawson, APS was assigned five new employees for the Bureau of Information technology. These employees began work with us in November of 1996.

At the end of 1996, the contract with CSC had ended. Between the state staff we now had and the contractors we were able to maintain the system in house.

Skip eventually was moved back to the State Office Building to assume other duties, before ultimately he transferred to DMHAS.

Upon Skip's transfer to DMHAS, Antoinette Alphonse was hired to head up the unit that Skip had been responsible for. Toni also took over all of the training on the system as well as coordinating all of the Customer Support meetings.

The APS team was moved from under the direction of Joe Lefkowski to work for Vin Lombardo, the I.T. director within DAS. When Vin moved into a new position within the agency, Rick Miarecki assumed his position and APS reported to Rick. APS had by now changed its name to HRIS (Human Resource Information Systems). This

VERNON L. DERBABIAN
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2007

*Vernon Lee Derbabian*

*Robert K. Coryne*

1/20/04

was because APS was not just a personnel system, but also included AWCS and ATC as key components of it.

In August of 1998, the HRIS team was moved from One Hartford Square West to 340 Capitol Avenue. A training room was set up at the new location, and this is where Toni and her staff held User training sessions. The project team remained at 340 Capitol Avenue until April of 2000 when the staff was moved to Riverview Square in East Hartford. Toni moved her training to East Hartford. On June 30, 2000, the HRIS staff was transferred from DAS to DOIT, with the team reporting to Peter Sullivan. In November of 2000, the staff moved into the other tower at Riverview Square.

Currently, HRIS is in a hold stage while we wait for the CORE_CT system to be built to replace HRIS. We still maintain APS, AWCS, ATC and APSpc (reporting system).

Robert K. Cosgrove

Department of Information Technology

Agency Data Processing Manager 1

HRIS Project Leader
BOSS Team Leader

VERNON L. DERBABIAN
NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 31, 2007

1/20/04