UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTOINETTE ALPHONSE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:02cv1195 (MRK) |
| : | |
| STATE OF CONNECTICUT : | |
| DEPARTMENT OF ADMINISTRATIVE : | |
| SERVICES, : | |
| : | |
| Defendant. : | |

## ORDER

Defendant's Motion To Strike Unattested Statement [doc. #27], dated October 31, 2003, is DENIED AS MOOT in view of the filing of Mr. Cosgrove's sworn affidavit [doc. #33].

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                US.D.J.

Dated at New Haven, Connecticut: April 14, 2004.