UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTOINETTE ALPHONSE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02cv1195 (MRK) |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF ADMINISTRATIVE | : | |
| SERVICES, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

This matter came on for consideration on defendant's Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on April 21, 2004, entered a Memorandum of Decision on the defendant's Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 22nd April, 2004.

KEVIN F. ROWE, CLERK
By

_____
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____