## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTOINETTE ALPHONSE | : | CIVIL ACTION NO.  302CV1195 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF ADMINISTRATIVE | : | |
| SERVICES | : | |
| Defendant. | : | JULY 15, 2004 |

### MOTION FOR RETURN OF BOND

The plaintiff in the above-entitled matter respectfully requests that the Court pay to the plaintiff the cash bond of $500.00 she had placed with the Court at the commencement of these proceedings.

        PLAINTIFF – ANTOINETTE ALPHONSE

        BY:_____
        Thomas W. Bucci, Esq.
        WILLINGER, WILLINGER & BUCCI, P.C.
        855 Main Street
        Bridgeport, CT  06604
        Tel:(203) 366-3939
        Fax: (203) 337-4588
        Email: thomasbucci@earthlink.net
        Federal Bar # ct07805

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the within and foregoing Motion For Return of Bond was mailed via first-class U.S. mail, postage prepaid, on this 15th day of July, 2004 to:

Clare E. Kindall, AAG
Office of the Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

                                                                   _____
                                                                    Thomas W. Bucci