UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTOINETTE ALPHONSE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:02cv1195 (MRK) |
| : | |
| STATE OF CONNECTICUT : | |
| DEPARTMENT OF ADMINISTRATIVE : | |
| SERVICES, : | |
| : | |
| Defendant. : | |

## ORDER

Pending before the Court is Plaintiff Antoinette Alphonse's motion [doc. #37] for a release of the $500 cash bond she had placed with the Court on August 30, 2002 [doc. #9]. Judgment [doc. # 36] in favor of Defendant Connecticut State Department of Administrative Services and against Plaintiff Antoinette Alphonse having entered on April 22, 2004, the Court GRANTS the Motion for Return of Bond [doc. #37], and the Clerk shall return the sums Ms. Alphonse filed [doc. #9] in the amount of $500.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 26, 2004.